IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-58-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHABREA CHANTEL BRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for early termination of supervised release [D.E. 238] not later than November 10, 2026.

SO ORDERED. This 24 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge